# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEE MOLICA,<br><br>Defendant. | 3:21-CR-30080-RAL<br><br><br>ORDER ON PRO SE MOTION FOR RELEASE |

Defendant, Lee Molica, has filed a pro se motion for pre-trial release.[1] In his motion, he seeks reconsideration of the Court's detention order and asks to be released on a personal recognizance basis.[2] Although the Court understands Molica's desire to get out of jail and return to California, he is represented by very capable counsel, who has already zealously advocated for the same type of release as that requested. The Court thus declines to consider the motion.[3]

---

[1] Docket No. 17.

[2] *Id.* at 2-3.

[3] *See United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) ("A district court is not required to entertain pro se motions filed by a represented party." (Cleaned up and citation omitted)); *United States v. Blum*, 65 F.3d 1436, 1443 n.2 (8th Cir. 1995) ("Generally it is Eighth Circuit policy to refuse to consider pro se filings when a party is represented by counsel.").

DATED this 9th day of December, 2021.

                BY THE COURT:

                */s/ Mark A. Moreno*

                **MARK A. MORENO**
                **UNITED STATES MAGISTRATE JUDGE**